# United States District Court

WESTERN DISTRICT OF WASHINGTON

Carl D. Luna

JUDGMENT IN A CIVIL CASE

v.

Michael J. Astrue

CASE NUMBER: C08-5581RJB-KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. the ALJ erred in his decision as described in the report;

3. the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.


June 19, 2009                                                         BRUCE RIFKIN
                                                                                  Clerk


                                                                       /s/ Jennie L. Patton
                                                                           Deputy Clerk