UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARL D. LUNA,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security

                Defendant.

Case No. C08-5581RJB-KLS

ORDER GRANTING STIPULATION TO RE-NOTE MOTION FOR ATTORNEYS FEES

This matter comes before the Court on the parties' filing of a stipulation to re-note (Dkt. #24) plaintiff's motion for attorneys fees (Dkt. #22) to October 9, 2009. That stipulation hereby is GRANTED. Accordingly, the Clerk is directed to re-note plaintiff's motion for attorneys fees for consideration on October 9, 2009. The Clerk also is directed to send a copy of this order to counsel for plaintiff and counsel for defendants.

DATED this 2nd day of October, 2009.

                                                    /s/ Karen L. Strombom
                                                    Karen L. Strombom
                                                    United States Magistrate Judge

ORDER - 1